# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Zagel | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 02 C 4534 | **DATE** | 12/2/2003 |
| **CASE TITLE** | PIETRYLA vs. CITY OF CHICAGO | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry]  **Motion (46-1) to compel and motion (46-2) for reconsideration is granted/denied in part.**

(11) ■ [For further detail see order attached to the original minute order.]

| | | | |
|---|---|---|---|
| | No notices required, advised in open court. | | **Document Number** |
| | No notices required. | number of notices | |
| | Notices mailed by judge's staff. | DEC 1 0 2003 date docketed | |
| | Notified counsel by telephone. | | 58 |
| ✓ | Docketing to mail notices. | docketing deputy initials | |
| | Mail AO 450 form. | | |
| | Copy to judge/magistrate judge. | | |
| DW | courtroom deputy's initials | date mailed notice | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Pietryla,

    Plaintiffs,

v.

City of Chicago,

    Defendants.

No. 02 c 4534
Judge James B. Zagel

DEC 1 0 2003

DEC 1 0 2003

## MEMORANDUM OPINION AND ORDER

1. With respect to the telephone records, I deny defendant Blackwood's motion to compel production of home and cellular telephone records for the years 1997-2000. Records with respect to year 2001 have been produced. I also quash any subpoena for phone records from any of plaintiff's employers except for the year 2001. In the context of this case, there is no viable evidentiary value for the phone calls made before 2001.

2. The prescription records subpoenaed by plaintiff do not infringe on any issue of medical confidentiality since they appear to establish that there are no prescriptions on file for defendant Blackwood at any of the stores listed in the subpoena.

ENTER:

James B. Zagel
United States District Judge

DATE: DEC 0 2 2003